# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Veronica Guadalupe Saldivar,<br><br>　　　　Defendant. | No. CR-15-02062-001-TUC-JAS (LCK)<br><br>**ORDER** |

Defendant having filed a Motion for Competency Examination (Doc. 56), pursuant to, 18 U.S.C. § 4241(a) and good cause appearing;

**IT IS ORDERED:**

1. The defendant, Veronica Guadalupe Saldivar, be evaluated by a licensed or certified psychiatrist or psychologist to determine whether the defendant is presently suffering from mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

2. Dr. Marisa Menchola, Ph.D. is appointed to conduct the evaluation.

3. **Defense counsel shall:**

    a. promptly provide the psychologist or psychiatrist with a copy of the Motion for Competency Examination, this Order, and all relevant documents that may assist with evaluating the defendant's competency.

    b. Within a period **not to exceed four (4) weeks** from the date of this Order, arrange for an appointment for the Defendant for consultation at:

    430 N. Tucson Blvd.
    Tucson, Arizona 85716
    (520) 325-3739 ext. 407

If necessary, defense counsel or counsel's designee is authorized to transport the defendant to appointments authorized pursuant to this Order.

    c. Maintain contact with the psychologist or psychiatrist to ensure that the defendant's appointment takes place within the time period indicated in this Order.

  4. **Dr. Marisa Menchola shall:**

    a) Within a period **not to exceed two (2) weeks from the date of the scheduled appointment**, submit a written evaluation pursuant to 18 U.S.C. § 4241(b) and 4247(b) and (c), by both U. S. Mail <u>and</u> email (or fax) to:

- ORIGINAL Report via U.S. Mail to:
  U.S. District Court
  Chambers of U.S. District Judge James A. Soto
  405 W. Congress Street, Suite 6160
  Tucson, AZ 85701
- COPY of Report
  Via email to soto_chambers@azd.uscourts.gov
     or
  Facsimile (520) 205-4519

    b) Not exceed $2,400.00 for the total costs of services including allowable expenses, without further order of the Court, as the Court finds the cost guidelines in 18 U.S.C. § 3006A(e)(3) are reasonable for this examination. Payment of services exceeding this amount will require prior approval by the U.S. District Court Judge assigned to this case.

    c) Fax or mail the invoice, a copy of the requesting Motion, and this signed Order to the address listed below in order to receive payment:

>United States Attorney's Office
>Attn: Finance/Budget Department
>Two Renaissance Square
>40 North Central Avenue, Suite 1200
>Phoenix, AZ  85004-4408
>Telephone:   602-514-7500
>*via facsimile*: 602-514-7662

Pursuant to the Guide to Judiciary Policies and Procedures, Volume VII, Chapter Ill, Section 3.11., the U.S. Department of Justice shall pay the costs of the evaluation.

5. **Defense counsel shall:**

    a) Promptly provide the psychologist or psychiatrist with a copy of the Motion for Competency Examination, this Order, and all relevant documents that may assist with evaluating the defendant's competency.

6. **The government shall:**

    a) Promptly provide the psychologist or psychiatrist with all relevant documents, including case reports disclosed to the defense, the defendant's criminal history, and other known mental health examinations or medical records in the government's possession. The government is authorized to disclose any federal presentence investigation report(s) (PSRs) for the defendant. Any disclosed PSR shall be used solely for the purpose of this examination.

    b) Pay the costs of the evaluation, pursuant to the Guide to Judiciary Policies and Procedures, Volume VII, Chapter Ill, Section 3.11.

7. All proceedings relating to this defendant in the above-captioned case are stayed pending further order of the Court. Excludable delay under 18 U.S.C. §3161(h)(1)(A) is found to commence on April 12, 2017 and upon the Court's determination that the defendant is competent.  Such time shall be in addition to other excludable time under the Speedy Trial Act and shall

commence as of the day following the day that would otherwise be the last day for commencement of trial

8. This matter is set for status conference on July 13, 2017 at 1:30 p.m.

9. Both parties shall, by July 6, 2017, inform U.S. District Judge James A. Soto via email or telephone, if they have not yet received the report of the psychologist.

The Clerk of the U.S. District Court shall furnish copy of this Order to the U.S. Marshal Service forthwith.

Dated this 12th day of April, 2017.

Honorable James A. Soto
United States District Judge