> In accordance with Local Rule 57.1, Pretrial Services Reports are made available to Defense Counsel and the Government. The Pretrial Reports are not public record, are not to be reproduced or disclosed to any other party and shall remain confidential as provided in Title 18§3153(c)(1).



# United States District Court
### District of Arizona
## U.S. Pretrial Services

# MEMORANDUM

**DATE:** April 14, 2017

**TO:** The Honorable Lynnette C. Kimmins
United States Magistrate Judge

**FROM:** Miguel Angel Pride
U.S. Pretrial Services Officer

**SUBJECT:** Veronica Guadalupe Saldivar
4:15-cr-02062-JAS-LCK-1
UPDATE REGARDING COUNSELING

**The defendant was arrested and charged with violation of 21 U.S.C. 846 & 841, Conspiracy to Possess with Intent to Distribute Cocaine and Methamphetamine. The defendant had an initial appearance on October 23, 2015, before the Honorable Jacqueline M. Rateau and was ordered released on special conditions of release to include Pretrial Services' supervision and mental health treatment. On June 20, 2016, the defendant was referred for a competency evaluation. It was determined her cognitive capacity was estimated to be in a low average level which would be quite a decline from someone who was operating in an estimated above average level in high school. However, the results of the cognitive assessment suggest that she is able to understand and reason and participate competently in the legal proceedings. On April 13, 2017, defense counsel requested and the Court ordered the defendant participate in a second competency exam and a status conference is set for July 13, 2017. The defendant is scheduled for jury trial on August 22, 2017, before the Honorable James A. Soto.**

When the defendant was released she was receiving family counseling through La Frontera and was referred to Correctional Healthcare Companies (CHC) for mental health treatment. On March 28, 2016, the counselor at CHC informed Pretrial Services the defendant was not appropriate for their program as the defendant questioned the format of the class. The counselor was made aware of the defendant's health issues and the multiple prescriptions she is taking and it was indicated it would be better that the defendant continue with counseling at La Frontera at that time and that the defendant could be re-evaluated at a later date. Pretrial Services confirmed she was receiving counseling through La Frontera. However, on November 10, 2016, Pretrial Services referred her again to CHC for an evaluation and counseling.

During the months of November and December 2016, and January through March 2017, her attendance in counseling began to diminish. Pretrial Services contacted her counselors at La Frontera and Correctional Healthcare Companies who informed the defendant has several medical problems and has a difficult time staying awake in class or making sense of the conversation in group. Pretrial Services met with the defendant multiple times in the office and at her home to evaluate her situation. Pretrial Services conducted a home visit on January 12, 2017, and noticed the defendant's speech was slurred, she was not making sense with the

Page 2
RE:  Veronica Guadalupe Saldivar
April 14, 2017

conversation at hand, and she seemed drowsy and at times dowsed off.  Pretrial Services had collateral contact with her mother at the home visit who confirmed this behavior has become more prevalent due to her health issues and medication.  The defendant's elderly mother states she worries about her and now has to driver her to medical appointments as she is unable to drive due to her health issues.  The defendant's mother further stated she herself is utilizing a walker to walk and also has to drive the defendant's two children to and back from school.  After this visit Pretrial Services made defense counsel aware of her behavior and the concerns Pretrial Services had regarding her health problems.

On April 13, 2017, Pretrial Services was able to obtain medical records from her Certified Family Nurse Practitioner and her Neurologist which confirmed her medical issues and her problem to stay awake or focused for long periods of time.  The defendant has been diagnosed with fibromyalgia, rectal carcinoma, a pineal cyst, Syncope most likely vasovagal and pseudoseizures. The defendant is taking the following medication for these ailments as well as for her mental health needs:  Montelukast Sod 10 mg, Topiramate 100 mg, Clonazepam .5 mg, Vitamin D2, Lyrica 150 mg, Furosemide 20 mg, Ferrous Sulfate 325 mg, Escitalopram 20 mg, and Linzess 290 mg.  It should be noted she continues to visit with her doctors on a regular basis.

Pretrial Services spoke with her counselor at La Frontera on April 10, 2017, and at this time her counseling has been put on hold given her health issues and transportation issues and not being able to drive.  Pretrial Services has staffed the defendant's issues with her counselor at Correctional Healthcare Companies on March 27, 2017, and it was decided to also put her counseling on hold given the aforementioned issues.  The defendant ability to attend counseling will be re-assessed once her health issues improve.  Pretrial Services wanted to make the Court aware why the defendant's mental health counseling has been placed on hold at this time.

Should the Court have any questions, please contact this officer at 520-205-4362 or on their cellular telephone at 520-631-7710.

_____
Miguel Pride
U.S. Pretrial Services Officer

_____
Sonya Marquez
Supervisor, U.S. Pretrial Services

cc:


1000791